PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT    CASE NO. 1:19-mj-79 LDA

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND    RHODE ISLAND Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: AARON WEISMAN
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): Lee H. Vilker

USA vs.
Defendant: Caleb Brown

Address: REDACTED

Birth Date: REDACTED

Social S: REDACTED

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND  County

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☒ Currently in State Custody
  ☒ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 4

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | See Attached Sheet. | See Attached Sheet. | ☒ Felony ☐ Misdemeanor |
| | | | ☒ Felony ☐ Misdemeanor |
| | | | ☒ Felony ☐ Misdemeanor |
| | | | ☒ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 3 days | ☐ Felony ☐ Misdemeanor |

<u>United States v. Caleb Brown</u>
COMPLAINT COVER SHEET ATTACHMENT

Count 1:      (Travel with Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b))

MAX PENALTY

a. 30 years imprisonment;
b. $250,000 fine;
c. 5 years up to life supervised release; and
d. $100 special assessment.

Count 2:      (Attempted Enticement of a Minor, 18 U.S.C. § 2422(b))

MAX PENALTY

a. Life imprisonment;
b. $250,000 fine;
c. 5 years up to life supervised release; and
d. $100 special assessment.

Count 3:      (Production of Child Pornography, 18 U.S.C. § 2251(a))

MAX PENALTY

a. 30 years imprisonment with 15 year minimum;
b. $250,000 fine;
c. 5 years up to life supervised release; and
d. $100 special assessment.

Count 4:      (Possession of Child Pornography, 18 U.S.C. § 2252(a)(4)(B))

MAX PENALTY

a. 10 years imprisonment;
b. $250,000 fine;
c. 3 years supervised release; and
d. $100 special assessment.